No. 3, Original. STATE OF NEW MEXICO *v.* STATE OF TEXAS. Order entered June 7, 1926. It is ordered that the report of the special master be, and, it is hereby, received and a hearing on the report and any exceptions thereto is set for Monday, January 3, 1927.